**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **PLANNED PARENTHOOD OF GREATER OHIO**, *et al.*, | : |
| Plaintiffs, | : Case No. 1:16-cv-539 |
| v. | : Judge Michael R. Barrett |
| **RICHARD HODGES**, *et al.*, | : |
| Defendants. | : |

## SCHEDULING ORDER

Pursuant to Rule 65, and as jointly proposed by Plaintiffs and Defendant Hodges, the Court orders that the hearing on Plaintiffs' motion for preliminary injunction be consolidated with the trial on the merits and that this case proceed according to the schedule set forth below. To permit the parties to complete all necessary discovery and briefing, to allow expeditious final resolution on the merits, and to prevent prejudice to any party, the parties will maintain the current status quo as reflected in this Court's May 23 Opinion and Order (Doc. 19) until August 5, 2016 at 11:59 p.m. (unless the Court determines that additional time is necessary to permit issuance of a final decision, in which case the Court may further extend the Temporary Restraining Order an additional 7 days). If no decision has been issued by this expiration date, the parties may confer about further extending the status quo, and, if necessary, Plaintiffs may move the Court for interim relief pending release of the Court's decision.

| Event | Date |
|---|---:|
| Discovery Requests | June 6 |
| Discovery Responses and Initial Witness Lists | June 20 |
| Close of Discovery | July 8 |
| Simultaneous Opening Trial Briefs | July 15 |
| Simultaneous Response Briefs | July 25 |
| Hearing | August 2 |
| Temporary Restraining Order Ends | 11:59 PM, August 5 |

AGREED TO BY:

*For Plaintiffs Planned Parenthood of Greater Ohio and Planned Parenthood of Southwest Ohio Region*

Helene Krasnoff
Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
(202) 973-4800
(202) 296-3480 (fax)
helene.krasnoff@ppfa.org
carrie.flaxman@ppfa.org

Jennifer L. Branch # 0038893
*Trial Attorney for Plaintiffs*
Alphonse A. Gerhardstein  # 0032053
GERHARDSTEIN & BRANCH CO. LPA
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
 (513) 621-9100
 (513) 345-5543 (fax)
agerhardstein@gbfirm.com
jbranch@gbfirm.com

Paul R.Q. Wolfson
Kimberly A. Parker
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
(202) 663-6363 (fax)
paul.wolfson@wilmerhale.com
kimberly.parker@wilmerhale.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
 (212) 937-7294
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

*For Defendant Richard Hodges*

MICHAEL DeWINE
Ohio Attorney General

*s/ Ryan Richardson*
RYAN L. RICHARDSON (0090382)
 * Lead and Trial Counsel
TIFFANY L. CARWILE (0082522)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872  Fax: (614) 728-7592
ryan.richardson@ohioattorneygeneral.gov
tiffany.carwile@ohioattorneygeneral.gov


   SO ORDERED:




   June 1, 2016                              */s/ Michael R. Barrett*
Date                                     Michael R. Barrett
                                         United States District Judge