IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD OF GREATER OHIO,** *et al.*, | : : : |
| Plaintiffs, | : Case No. 1:16-cv-539 : |
| v. | : Judge Michael R. Barrett : |
| **RICHARD HODGES,** *et al.*, | : : |
| Defendants. | : |

### JOINT MOTION TO FILE BRIEFS IN EXCESS OF 20 PAGES

Pursuant to this Court's Standing Order, the Parties move for permission to file 30-page opening trial briefs and 30-page reply briefs. The Parties request the additional pages based on the number and type of issues in this case and based on the Parties' agreement to forego an evidentiary hearing in favor of oral argument. The additional pages are necessary to ensure that the Parties can highlight all of the necessary facts and legal arguments.

For these reasons, the Parties respectfully request that this Court permit the filing of 30-page briefs in this matter.

Respectfully submitted,

| | |
|---|---|
| Helene Krasnoff | *s/ Jennifer L. Branch* |
| Carrie Y. Flaxman | Jennifer L. Branch # 0038893 |
| Planned Parenthood Federation of America | *Trial Attorney for Plaintiffs* |
| 1110 Vermont Avenue, NW, Suite 300 | Alphonse A. Gerhardstein  # 0032053 |
| Washington, D.C. 20005 | GERHARDSTEIN & BRANCH CO. LPA |
| (202) 973-4800 | 432 Walnut Street, Suite 400 |
| (202) 296-3480 (fax) | Cincinnati, Ohio 45202 |
| helene.krasnoff@ppfa.org | (513) 621-9100 |
| carrie.flaxman@ppfa.org | (513) 345-5543 (fax) |
| | agerhardstein@gbfirm.com |
| | jbranch@gbfirm.com |

Paul R. Q. Wolfson
Kimberly A. Parker
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
(202) 663-6363 (fax)
paul.wolfson@wilmerhale.com
kimberly.parker@wilmerhale.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
 (212) 937-7294
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

*For Plaintiffs Planned Parenthood of Greater Ohio and Planned Parenthood of Southwest Ohio Region*


MICHAEL DEWINE
Ohio Attorney General

*s/ Ryan Richardson*
RYAN L. RICHARDSON (0090382)
 * Lead and Trial Counsel
TIFFANY L. CARWILE (0082522)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872  Fax: (614) 728-7592
ryan.richardson@ohioattorneygeneral.gov
tiffany.carwile@ohioattorneygeneral.gov

*For Defendant Richard Hodges*