IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER OHIO, and PLANNED PARENTHOOD SOUTHWEST OHIO REGION, | Case No. 1:16-cv-539<br><br>Judge Michael R. Barrett |
| Plaintiffs, | |
| v. | |
| RICHARD HODGES, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE MERITS
AND A PERMANENT INJUNCTION**

Pursuant to Federal Rules of Civil Procedure 58 and 65, Plaintiffs Planned Parenthood of Greater Ohio ("PPGOH") and Planned Parenthood Southwest Ohio Region ("PPSWO") move this Court to enter judgment in favor of PPGOH and PPSWO, and enter an injunction permanently barring enforcement of Ohio Revised Code § 3701.034, on the grounds asserted in Plaintiffs' Memorandum of Law in Support of Their Motion for Judgment on the Merits and a Permanent Injunction and the record before the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/Jennifer L. Branch |
| Helene Krasnoff | Jennifer L. Branch # 0038893 |
| Carrie Y. Flaxman | *Trial Attorney for Plaintiffs* |
| Planned Parenthood Federation of America | Alphonse A. Gerhardstein  # 0032053 |
| 1110 Vermont Avenue, NW, Suite 300 | GERHARDSTEIN & BRANCH CO. LPA |
| Washington, D.C. 20005 | 432 Walnut Street, Suite 400 |
| (202) 973-4800 | Cincinnati, Ohio 45202 |
| (202) 296-3480 (fax) | (513) 621-9100 |
| helene.krasnoff@ppfa.org | (513) 345-5543 (fax) |
| carrie.flaxman@ppfa.org | agerhardstein@gbfirm.com |
|  | jbranch@gbfirm.com |
| Paul R.Q. Wolfson | Alan E. Schoenfeld |
| Kimberly A. Parker | WILMER CUTLER PICKERING |
| WILMER CUTLER PICKERING | HALE AND DORR LLP |
| HALE AND DORR LLP | 7 World Trade Center |
| 1875 Pennsylvania Avenue NW | 250 Greenwich Street |
| Washington, DC  20006 | New York, NY 10007 |
| (202) 663-6000 | (212) 937-7294 |
| (202) 663-6363 (fax) | (212) 230-8888 (fax) |
| paul.wolfson@wilmerhale.com | alan.schoenfeld@wilmerhale.com |
| kimberly.parker@wilmerhale.com |  |
|  | *Counsel for Plaintiffs Planned Parenthood of Greater Ohio and Planned Parenthood Southwest Ohio Region* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2016, I caused the following documents to be served via ECF and Federal Express on counsel for Defendant Richard Hodges:

- Plaintiffs' Motion for Judgment on the Merits and a Permanent Injunction;

- Plaintiffs' Memorandum of Law in Support of Their Motion for Judgment on the Merits and a Permanent Injunction;

- Declaration of Paul R.Q. Wolfson in Support of Plaintiffs' Motion for Judgment on the Merits and a Permanent Injunction, and Exhibits Thereto;

- Third Declaration of Iris E. Harvey;

- Third Declaration of Jerry H. Lawson;

- Declaration of Stanley K. Henshaw, Ph.D., and Exhibit Thereto;

- Declaration of W. M. Martin Haskell;

- Declaration of Terrie Hubbard; and

- Certificate of Service.

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson
*Attorney for Plaintiffs Planned Parenthood of Greater Ohio and Planned Parenthood Southwest Ohio Region*