**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Planned Parenthood of
Greater Ohio, *et al.*,

    Plaintiffs,

v.

Richard Hodges, *et al.*,

    Defendants.

Case No. 1:16cv539

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon the Motion to Dismiss of Defendant Timothy Ingram, Health Commissioner, Hamilton County General Health District. (Doc. 15). On May 27, 2016, Plaintiffs and Defendant Ingram filed a Stipulation of Dismissal of Defendant Ingram. (Doc. 20). Defendant Ingram is no longer a party to this case. Accordingly, the Motion to Dismiss of Defendant Timothy Ingram is **DENIED as MOOT**.

    **IT IS SO ORDERED.**

                                  */s/ Michael R. Barrett*
                                  JUDGE MICHAEL R. BARRETT