**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Planned Parenthood of
Greater Ohio, *et al.*,

        Plaintiffs,

        v.                            Case No.    1:16cv539

Richard Hodges,                        Judge Michael R. Barrett

        Defendant.

## CIVIL MINUTES

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:**  Grace Royalty
**COURT REPORTER:**  Maryann Maffia, Official
**DATE:**  August 2, 2016           **TIME:** 1:03 - 2:42 = 1:20

| Attorney for Plaintiff(s) | Attorney for Defendant(s): |
|---|---|
| Paul Wolfson, Esq. | Ryan Richardson, Esq. |
| Michelle Diamond, Esq. | Tiffany Carwile, Esq. |
| Jennifer Branch, Esq. | Zach Keller, Esq. |
| | |

## WITNESSES

| | |
|---|---|
| | |
| | |

## PROCEDURES

✓ Counsel Present.
✓ Motion heard: Motion for Judgment & Permanent Injunction (Docs. 38 & 47)

✓ Court's decision to follow.
✓ Court ordered in open court that Doc 48 - overruled; Doc. 56 response due 8/5/16; Doc. 33 under submission

Remarks: - π to respond to Doc. 56
      - Doc. 48 - overruled
      - TRO extended to 8/12/16 @ 11:59 pm