# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Planned Parenthood
Of Greater Ohio, *et al.*,

    Plaintiffs,

            v.

Richard Hodges,

    Defendant.

Case No. 1:16cv539

Judge Michael R. Barrett

## JUDGMENT IN A CIVIL CASE

[ ] **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiffs' Motion for Preliminary Injunction (Doc. 7), Motions for Judgment on the Merits and a Permanent Injunction (Docs. 38 and 47) are granted. Judgment is entered in favor of Plaintiffs.

Date: August 12, 2016

    Richard W. Nagel, Clerk
    Clerk

By:    *S/Barbara A. Crum*
    Deputy Clerk