**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Planned Parenthood of
Greater Ohio, *et al.*,

      Plaintiffs,

    v.

Richard Hodges, *et al.*,

      Defendants.

Case No. 1:16cv539

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon Plaintiffs' Unopposed Motion for Extension of Time within which to file an Application for Costs and Attorney's Fees. (Doc. 64). For good cause shown, Plaintiffs' Motion is **GRANTED**. Plaintiffs shall file any Application for Costs and Attorney's Fees **45 days** after the last judgment rendered by any court in this case becomes final and not subject to further appeal, certiorari, or other judicial review.

**IT IS SO ORDERED.**

                                              */s/ Michael R. Barrett*
                                             JUDGE MICHAEL R. BARRETT