**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 17, 2018

Mr. Aaron D. Lindstrom

      Re: Case No. 16-4027, *Planned Parenthood of Grtr. OH, et al v. Lance Himes*
           Originating Case No.: 1:16-cv-00539

Dear Mr. Lindstrom,

   This is to advise that the court has granted your motion for leave to file a corrected brief as amici curiae in support of appellant and reversal.

                                          Sincerely yours,

                                          s/Beverly L. Harris
                                          En Banc Coordinator
                                          Direct Dial No. 513-564-7077

cc: Mr. Steven H. Aden
     Mr. Afshin Bahrampour
     Ms. Jennifer L. Branch
     Mr. Stephen P. Carney
     Mr. Matthew M. Collette
     Ms. Michelle Nicole Diamond
     Ms. Laura Etlinger
     Ms. Carrie Y. Flaxman
     Mr. Alphonse A. Gerhardstein
     Mr. Jyotin R. Hamid
     Mr. Zachery P. Keller
     Ms. Helene T. Krasnoff
     Mr. Hashim M. Mooppan
     Mr. Eric E. Murphy
     Mr. Richard W. Nagel
     Ms. Kimberly A. Parker
     Mr. Alan Evan Schoenfeld
     Mr. Jay A. Sekulow
     Ms. Hannah Carrigg Wilson
     Mr. Paul R.Q. Wolfson
     Mr. Lewis Yelin