Case No. 16-4027

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

PLANNED PARENTHOOD OF GREATER OHIO; PLANNED PARENTHOOD OF SOUTHWEST OHIO REGION,

    Plaintiffs – Appellees,

v.

LANCE HIMES, in his official capacity as Interim Director of the Ohio Department of Health,

    Defendant – Appellant.

Upon consideration of the notification withdrawing the State of Michigan as amicus curiae,

It is ORDERED that the State of Michigan is terminated as a party in this case.

                                               **ENTERED BY ORDER OF THE COURT**
                                               Deborah S. Hunt, Clerk

Issued: January 31, 2019

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2019

Fadwa A. Hammoud
Office of the Attorney General
of Michigan
P.O. Box 30212
Lansing, MI 48909-0000

Re: Case No. 16-4027, *Planned Parenthood of Grtr. OH, et al v. Lance Himes*
Originating Case No.: 1:16-cv-00539

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Steven H. Aden
Mr. Afshin Bahrampour
Ms. Jennifer L. Branch
Mr. Stephen P. Carney
Ms. Michelle Nicole Diamond
Ms. Laura Etlinger
Ms. Carrie Y. Flaxman
Mr. Alphonse A. Gerhardstein
Mr. Jyotin R. Hamid
Mr. Thomas Dietrich Hill
Mr. Zachery P. Keller
Ms. Helene T. Krasnoff
Mr. Aaron D. Lindstrom
Mr. Hashim M. Mooppan
Mr. Eric E. Murphy
Mr. Richard W. Nagel
Ms. Kimberly A. Parker
Mr. Alan Evan Schoenfeld
Mr. Jay A. Sekulow
Ms. Hannah Carrigg Wilson
Mr. Paul R.Q. Wolfson
Mr. Lewis Yelin

Enclosure